

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80 091 MISC

Patrick James Manshardt - #178085

_____/

### ORDER TO SHOW CAUSE

It appearing that Patrick James Manshardt has been suspended for 60 days by the Supreme Court of California effective February 28, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Patrick James Manshardt
Attorney At Law
1 Bunker Hill Bldg.
601 West 5th Street, 8th Floor
Los Angeles, CA 90071